| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Kathy H. Gao, SBN 259019 |
|   | kathy.gao@morganlewis.com |
| 3 | 300 South Grand Avenue |
|   | Twenty-Second Floor |
| 4 | Los Angeles, CA  90071-3132 |
|   | Tel:  +1.213.612.2500 |
| 5 | Fax:  +1.213.612.2501 |
| 6 | Attorneys for Defendant |
|   | BRIXMOR UPLAND TOWN SQUARE LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No. 5:20-cv-02497-SP |
| Plaintiff, | **DEFENDANT BRIXMOR UPLAND TOWN SQUARE LLC'S NOTICE OF SETTLEMENT** |
| vs. | |
| BRIXMOR UPLAND TOWN SQUARE LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of the parties, the above-captioned matter has been resolved.  The parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated:  March 11, 2021            MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
BRIXMOR UPLAND TOWN SQUARE LLC